UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 22-16 DSF (MRW) | Date | January 14, 2022 |
| Title | Csaba Racz v. Alejandro Mayorkas et al | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None Present | None Present |

**Proceedings:**   **ORDER DISMISSING CASE**

    Petitioner filed a notice voluntarily dismissing this case. (Docket 7). This action is dismissed without prejudice.

Initials of Preparer    vp